# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| PATRICIA MURRAY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SAN BERNARDINO, *et al.*,<br><br>    Defendants. | CV 13-00276 TJH (DTBx)<br><br>Amended Order<br>and<br>Judgment |

The Court has considered Defendants City of San Bernardino's and San Bernardino Police Department's [collectively, "the City Defendants"] motion for partial summary judgment, together with the moving papers.

On February 12, 2013, Plaintiff Patricia Murray ["P. Murray"], on behalf of herself and as guardian *ad litem* for minor Plaintiffs J.M., C.M., M.M.I., V.M., H.M., and M.M.II. ["the Minor Plaintiffs"], filed this 42 U.S.C. § 1983 action against the City Defendants and Defendants County of San Bernardino and San Bernardino County Sheriff's Department, alleging that all defendants were liable for shooting and killing Clyde Murray, P. Murray's son and the Minor Plaintiffs' father, on November 30, 2012.

The City Defendants, now, move for partial summary judgment on all claims

against them, arguing that they were not involved in the November 30, 2012, incident.

When considering a motion for summary judgment, when the nonmoving party has the burden of proof at trial, as Plaintiffs have here, summary judgment should be granted when the nonmoving party fails to produce evidence sufficient to establish a *prima facie* case. *See Celotex Corp. v. Catrett*, 477 U.S. 317, 322, (1986). The Court has been advised that attorney Okorie Okorocha, attorney for P. Murray in her capacity as guardian *ad litem* for the Minor Plaintiffs, did not oppose this motion because he did not have evidence to support an opposition. Further, the Court has not received an opposition from P. Murray in her individual capacity. Because Plaintiffs have failed to produce evidence sufficient to establish that the City Defendants are liable for the injuries alleged, and Okorocha has represented to the Court that none exists, summary judgment will be granted in favor of the City Defendants. *See Celotex*, 477 U.S. at 322.

Accordingly,

It is Ordered that the motion for partial summary judgment be, and hereby is, Granted.

It is further Ordered, Adjudged, and Decreed that Judgment be, and hereby is, Entered in favor of Defendants City of San Bernardino and San Bernardino Police Department and against Plaintiffs Patricia Murray, J.M., C.M., M.M.I., V.M., H.M., and M.M.II.

It is further Ordered that Plaintiffs shall take nothing from Defendants City of San Bernardino and San Bernardino Police Department.

Date: April 16, 2019

_____
Terry J. Hatter, Jr.
Senior United States District Judge